# M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

RE: FLOYD, Brian Glenn
Docket Number: 1:02-CR-05148-OWW
**PERMISSION TO TRAVEL TO MEXICO**

Your Honor:

On March 31, 2003, the defendant was sentenced to 30 months prison following his conviction for violation of 18 USC 371 (Conspiracy to Steal Mail). He released to three years supervised release on February 18, 2005. Mr. Floyd is requesting permission to travel with his family on a three-day cruise to Ensenada, Mexico spanning the dates of November 25 through November 28, 2005.

Mr. Floyd's performance while subject to supervision has, thus far, been very satisfactory. He remains in compliance with his terms and conditions of supervision, has remained drug free, and is currently gainfully employed. He has recently become the father of a second child. It is therefore recommended that the Court grant Mr. Floyd's permission to travel to Mexico.

Should Your Honor have any questions or concerns, please feel free to contact me at extension 7569.

Respectfully submitted,

/s/ Melinda S. Peyret
Melinda S. Peyret
United States Probation Officer

Re: **FLOYD, Brian Glenn**
**Docket Number: 1:02-CR-5148-001 OWW**
**PERMISSION TO TRAVEL TO MEXICO**

Dated: October 27, 2005
Fresno, California

**REVIEWED BY:** /s/ Bruce Vasquez
**Bruce Vasquez**
**Supervising United States Probation Officer**

AGREE: __x_____   DISAGREE: _____

/s/ OLIVER W. WANGER                                             November 1, 2005
_____                    _____
**Oliver W. Wanger**                                                              **Date**
United States District Judge