PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| ) | |
|               vs.                                            ) | **Docket No:  1:02CR05148-001 OWW** |
| ) | |
| **Brian Glenn Floyd**                               ) | |
| ) | |

On March 31, 2004 , the above-named was placed on supervised release for a period of  3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                              Respectfully submitted,

                              /s/ Melinda Peyret
                              **Melinda Peyret**
                              **Senior United States Probation Officer**

Dated:        12/26/2006
                    Fresno, California
                    mp

**REVIEWED BY:**      /s/ Scott Waters for:
                              **BRUCE A. VASQUEZ**
                              **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    FLOYD, Brian Glenn**
       **Docket Number:   1:02CR05148-001 OWW**
       **ORDER TERMINATING SUPERVISED RELEASE**
       <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    January 10, 2007**                           **/s/ Oliver W. Wanger**
emm0d6                                                   UNITED STATES DISTRICT JUDGE